

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00514-CV

**IN RE CNOOC ENERGY U.S.A. LLC, Jamestown Resources, LLC, Larchmont Resources, LLC, and Pelican Energy, LLC**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
               Beth Watkins, Justice
               Liza A. Rodriguez, Justice

Delivered and Filed: November 25, 2020

DISMISSED

On October 20, 2020, Relators filed a petition for writ of mandamus. Later, this court requested a response. On November 12, 2020, Relators filed an unopposed motion to dismiss this petition without prejudice. Relators' unopposed motion is granted; this petition is dismissed without prejudice to Relators refiling their petition in this court.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2016CI22093, styled *In the Interest of Chesapeake Eagle Ford Royalty Litigation*, and its associated cases, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable Cathleen M. Stryker presiding.